UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 27, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18MJ00110-AC-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| FRANCISCO J. CORONA, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __FRANCISCO J. CORONA__ , Case No. __2:18MJ00110-AC-1__ , Charge __Supervise Release Violation__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_\_ Release on Personal Recognizance
- \_\_ Bail Posted in the Sum of $\_\_
  - \_\_ Unsecured Appearance Bond
  - \_\_ Appearance Bond with 10% Deposit
  - \_\_ Appearance Bond with Surety
  - \_\_ Corporate Surety Bail Bond
- ✔ (Other) __Conditions as stated on the record.__

**The defendant to be released from U.S. Marshal cell block to the Well Space Treatment Facility upon bed space availability.**

Issued at __Sacramento, CA__ on __July 27, 2018__ at __2:39 pm__ .

By  /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court